AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Oct 7 2019
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

| | |
|---|---|
| **USA** § | CRIMINAL COMPLAINT |
| vs. § | CASE NUMBER: **EP:19-M -08786(1) RFC** |
| **(1) MARGARITO GARCIA-GARCIA** § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 04, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **" The DEFENDANT, Margarito GARCIA-Garcia, an alien to the United States and a citizen of Mexico was found north of the Rio Grande River approximately ten miles west of the Tornillo Port of Entry in San Elizario, Texas in the Western "**

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Apodaca, Vanessa
Border Patrol Agent

October 7, 2019                                    at    EL PASO, Texas
File Date                                                City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN
AT 1:01 P.M.
FED.R.CRIM.P.4.1(b)(2)(A)**

**WESTERN DISTRICT OF TEXAS**

**(1) MARGARITO GARCIA-GARCIA**

<u>FACTS   (CONTINUED)</u>

District of Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The Defendant has been previously removed from the United States to Mexico on August 14, 2019 through Hidalgo, Texas.  The Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

<u>IMMIGRATION HISTORY:</u>

The DEFENDANT was ordered removed by an Immigration Judge on August 6, 2019.
The DEFENDANT was removed to Mexico on August 14, 2019, through HIDALGO, TEXAS.

<u>CRIMINAL HISTORY:</u>

06/28/2019, Minneapolis, Driving While Intoxicated(M), CNV, 364 Days Confinement; 2 Yrs Probation; $300 Fine.